IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE BREWER, | No. C 04-02944 SI |
| Plaintiff, | [Related to case No. C 04-02945 SI] |
| v. | **ORDER RESCHEDULING PRETRIAL** |
| GREYHOUND LINES, INC., | **AND TRIAL DATES (BREWER)** |
| Defendant. | |

The pretrial and trial schedule in the Brewer action is altered as follows:

| | |
|---|---|
| Last date to file dispositive motions | September 30, 2005 |
| Opposition papers to be filed | October 14, 2005 |
| Reply to be filed | October 21, 2005 |
| Hearing on dispositive motions | November 4, 2005 at 9:00 a.m. |
| Pretrial paperwork to be filed | November 15, 2005 |
| Final pretrial conference | November 22, 2005 at 3:30 p.m. |
| Trial | November 28, 2005 at 8:30 a.m. |

The Court would like to schedule the related case, Ronnie Jackson v. Greyhound, C 04-2945 SI, for pretrial and trial on the same schedule, and will discuss this schedule with the parties at the forthcoming Case Management Conference in the Jackson case (August 5, 2005 at 2:00 p.m.).

**IT IS SO ORDERED**.

Dated: July 12, 2005

_____ SUSAN ILLSTON
United States District Judge